In the Matter of Discovering Assets of the Estate of HENRY D. HOTCHKISS, Deceased.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Page, Merrell, Finch and McAvoy, JJ.

JOSEPH C. LUNTZ, Respondent, v. THE TERMINAL EXCHANGE BANK OF NEW YORK, Appellant. THE TERMINAL EXCHANGE BANK OF NEW YORK, Appellant, v. JOSEPH C. LUNTZ, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Page, Merrell, Finch and McAvoy, JJ.

WORTH L. HARPER, Respondent, v. SAMUEL SAMUEL & Co., LTD., and Another, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Page, Merrell, Finch and McAvoy, JJ.

CHARLES LAWREY, Respondent, v. WALKER D. HINES, Director-General of Railroads, Operating Southern Pacific Steamship Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Page, Merrell, Finch and McAvoy, JJ.

FRANK P. CHARLES, as Administrator, etc., of BERNARD CHARLES, Deceased, Respondent, v. CHARLES STEINHAUSER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Page, Merrell, Finch and McAvoy, JJ.

FRANK M. TOMPKINS and Another, as Executors, etc., of STATES D. TOMPKINS, Deceased, Appellants, v. FRANCIS J. McKEE and Others, Respondents.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Page, Merrell, Finch and McAvoy, JJ.

TERMINAL AND TOWN TAXI CORPORATION v. REPUBLIC AUTO PAINTING CO., INC., Impleaded with JOSEPH A. O'ROURKE and Another.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, Page, Merrell, Finch and McAvoy, JJ.

JACOB D. COHEN, in Behalf of Herself, etc., v. I. GOODMAN & SON, INC., and Another.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, Page, Merrell, Finch and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JAMES D. WRIGHT.— Motion to dismiss appeal granted. Present — Dowling, Page, Merrell, Finch and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. GEORGE PERCOPO.— Motion to dismiss appeal granted. Present — Dowling, Page, Merrell, Finch and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. HERBERT RELLIER.— Motion to dismiss appeal granted. Present — Dowling, Page, Merrell, Finch and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JAMES B. McCAULEY.— Motion to dismiss appeal granted. Present — Dowling, Page, Merrell, Finch and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM HOEY.— Motion to dismiss appeal granted. Present — Dowling, Page, Merrell, Finch and McAvoy, JJ.

MORRIS A. ZUCKERBRAUN and Another v. OLD DOMINION STEAMSHIP COMPANY and Another. JAMES C. DAVIS, Director-General of Railroads, as Agent, etc.— Application denied, with ten dollars costs. Order signed. Present — Dowling, Page, Merrell, Finch and McAvoy, JJ.